BANK OF SYOSSET, NEW YORK, Respondent, v. COLONIAL CREDIT CORPORATION, Appellant.— In an action on a check, order granting plaintiff's motion for summary judgment, and the judgment entered thereon, unanimously affirmed,

with $10 costs and disbursements. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.